

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-19-00460-CV

Style:    Gareld Duane Rollins Jr. v. Southern Baptist Convention, et al.

Trial Court Case Number:    2017-69277C

Trial Court:    127th District Court of Harris County

Type of Motion:    Objection to Mediation

Party Filing Motion:    Appellee

      Appellees have filed objections to mediation. The Court's mediation order dated July 3, 2019 is withdrawn.


Judge's signature: /s/Gordon Goodman
                Acting individually

Date: July 16, 2019